IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Wes Blevins, :

    Plaintiff, :

v. : Case No. 2:08-cv-1113

County of Franklin, Ohio, et al., : JUDGE SARGUS

    Defendants. :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on January 8, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The motion to dismiss filed by the County of Franklin and the Franklin County Board of Commissioners (#6) is granted.

Date: 1-28-2009

Edmund A. Sargus, Jr.
United States District Judge