# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

WES BLEVINS,

        Plaintiff,

        v.

COUNTY OF FRANKLIN, OHIO, et al.

        Defendant.

**Case No. 2:08-cv-1113**

**JUDGE EDMUND A. SARGUS, JR.**

**MAGISTRATE JUDGE TERENCE P. KEMP**

## ORDER

This matter is before the Court for consideration of Defendants' Motion to Stay Consideration of Summary Judgment Motions Until the Plaintiff and Several Witnesses May Be Deposed (Doc. 48) and Defendants' Motion for Leave to File Sur-Reply Brief After Plaintiff Wesley Blevins and Patricia Dixon Have Been Deposed (Doc. 49). In these motions, Defendants request an opportunity to conduct depositions and file a memorandum responding to new evidence submitted by Plaintiff in his reply brief in support of his motion for summary judgment. Defendants represent that the parties have scheduled the relevant depositions for the first week of May.

Defendants' motions (Docs. 48 and 49) are hereby **GRANTED**, and the Court **ORDERS** that each party may file a final memorandum as to Plaintiff's motion for summary judgment on or before May 14, 2010.

**IT IS SO ORDERED.**

4-16-2010
_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**