AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WES BLEVINS,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-1113**

**COUNTY OF FRANKLIN,**    **JUDGE EDMUND A. SARGUS, JR.**
**OHIO, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Opinion and Order filed March 17, 2011, JUDGMENT is hereby entered DISMISSING Plaintiff's federal claims arising under 42 U.S.C. § 1983. This case is REMANDED to the Court of Common Pleas for Franklin County, Ohio for further proceedings on the remaining state-law claims.

Date: March 17, 2011                      JAMES BONINI, CLERK

                                                                      */S/ Andy F. Quisumbing*
                                                                      (By) Andy F. Quisumbing
                                                                      Courtroom Deputy Clerk